IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLAUDE BRYAN OAKLEY**  PETITIONER
**ADC #108541**

v.  Case No. 1:18-cv-00054-KGB-JJV

**WENDY KELLEY, Director**  RESPONDENT
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Claude Bryan Oakley's petition with prejudice and denies the requested relief.

So adjudged this the 18th day of December, 2019.

_____
Kristine G. Baker
United States District Judge